## James T. B. Scott, Administrator of Estate of Alexander MacDougall, Deceased, Plaintiff-Appellee, v. Chicago Transit Authority, Defendant-Appellant.

### Gen. No. 45,555. 

Thomas C. Strachen, Jr., James O. Dwight, Erwin H. Wright, Arthur J. Donovan, and Leo S. Karlin, for appellant; Leo. S. Karlin, of counsel; Hubbard, Hubbard & Dorgan, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed April 15, 1952; rehearing denied May 27, 1952; released for publication May 27, 1952.

## Leo Berkowitz and Frieda Berkowitz, Appellants, v. Adolph Glickman, Appellee.

### Gen. No. 45,561. 

Joseph L. Goldberg, for appellants; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in